# EXHIBIT A

DB

STATE OF MICHIGAN

222683590

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

IINN, INC.,
(Lawrence Sprague)

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
a foreign insurer,

    Defendant.

Case No.
Hon.

SFCC RECEIVED
JUN 18 2014

14-007332-NF
FILED IN MY OFFICE
WAYNE COUNTY CLERK
6/6/2014 1:16:50 PM
CATHY M. GARRETT

_____/

LOREN D. BLUM (P38557)
ELIA & PONTO, PLLC
Attorneys for Plaintiff
25800 Northwestern Highway
Suite 850
Southfield, MI 48075
(248) 595-8579
(248) 595-8729 [fax]

_____/

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this complaint, nor has any such action been previously filed and dismissed or transferred after having been assigned to a Judge.

/s/ Loren D. Blum
Loren D. Blum, Attorney for Plaintiff

## COMPLAINT

NOW COMES Plaintiff, IINN, INC., by and through its attorneys, ELIA & PONTO, PLLC, and for its Complaint against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, states as follows:

### JURISDICTION AND VENUE

1. That Plaintiff, IINN, INC., is a Michigan corporation, and medical provider conducting business in the County of Genesee, State of Michigan.

1

2226895490

2. That Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, upon information and belief has been at all times pertinent hereto a foreign insurer conducting business on a systematic and continuous basis in the County of Wayne, State of Michigan State of Michigan.

3. Venue is proper pursuant to MCLA 600.1621, and jurisdiction is proper for the reason that the amount in controversy is more than Twenty-Five Thousand ($25,000.00) Dollars, exclusive of costs and attorneys' fees.

## COMMON FACTUAL ALLEGATIONS

4. At all times pertinent hereto, Plaintiff is in the business of providing medical and related health care services in the State of Michigan.

5. On or about March 17, 2013, Lawrence Sprague suffered accidental bodily injuries arising out of a motor vehicle accident entitling him to No-Fault benefits within the meaning of the Michigan No-Fault Act, MCL 500.3101 *et seq*.

6. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is the No-Fault insurer responsible for paying personal injury protection benefits applicable to the injuries Lawrence Sprague sustained in the accident, either by way of contract, a copy of which is in Defendant's possession, or by way of statute.

7. Upon information and belief, at the time of the accident, Lawrence Sprague, his spouse or his resident relative, was a policyholder or individual covered under the insurance policy premiums paid of an automobile insurance policy, and thus, an insured of the Defendant.

8. Defendant was promptly notified of the accident, the injuries sustained by Lawrence Sprague and the need for medical related care and services for said injuries.

2

222683590

9. A claim number was assigned by the Defendant to the insured's claim for personal injury protection benefits.

10. That from the period of June 7, 2013 through September 5, 2013, Lawrence Sprague received medical services occasioned by the above-referenced automobile accident from Plaintiff, IINN, INC.

11. The services Plaintiff, IINN, INC., provided were reasonable and necessary for Lawrence Sprague's care, recovery or rehabilitation.

12. Plaintiff, IINN, INC., submitted a claim to Defendant for payment for the services provided to Lawrence Sprague, which may not include services post the date of the complaint.

13. A statement of the services provided by Plaintiff, IINN, INC., is attached hereto as **Exhibit 1**.

14. Defendant failed, refused and otherwise denied Plaintiff, IINN, INC.'s claim for payment.

## BREACH OF CONTRACT

15. Plaintiff, IINN, INC., restates all prior paragraphs.

16. Plaintiff, IINN, INC., submitted reasonable proof of its entire claim to the Defendant and Defendant failed or refused to pay such claim within 30 days of receipt.

17. Defendant's failure to pay Plaintiff, IINN, INC., personal protection benefits constitutes a material breach of contract.

19. As a direct and proximate cause of Defendant's breach of contract, Plaintiff, IINN, INC., has been damaged.

WHEREAS, Plaintiff, IINN, INC., respectfully requests the following relief:

3

222685590

A. Hold that Plaintiff, IINN, INC., is a medical provider who rendered services for the benefit of Lawrence Sprague and is entitled to a direct cause of action for payment of those services under MCLA 500.3112 for personal protection benefits;

B. Find that Plaintiff, IINN, INC., submitted reasonable proof of its entire claim to the Defendant and Defendant failed to pay such claim within 30 days of receipt as required by MCLA 500.3142, therefore rendering such payments overdue and subject to interest under Section 3142 and attorney fees under Section 3148;

C. Award Plaintiff, IINN, INC., a judgment against Defendant in the amount of $322,650.71, plus interest on overdue payments in the amount of 12% per annum in accordance with Section 3142, and reasonable attorney fees in addition to the judgment as required by Section 3148;

D. Award Plaintiff, IINN, INC., a judgment against Defendant for those services rendered post the date of complaint and are supported by the evidence submitted at trial;

E. Award all costs of this action;

F. Award prejudgment and post judgment interest;

G. Award such other relief this Court deems just and reasonable.

## COUNT IV
## DECLARATORY JUDGMENT

20. Plaintiffs restate all prior paragraphs.

21. An actual controversy exists between Plaintiff and Defendant with respect to rights to payment under the insured's insurance policy and the amount of personal protection benefits owed thereunder.

4

2226S3590

22. Pursuant to MCR 2.605(1) this Honorable Court may declare the rights and other legal relations of the interested party seeking a declaratory judgment, whether or not other relief could be sought for or granted.

WHEREFORE, Plaintiff, IINN, INC., brings this action for declaratory judgment to determine the rights of Plaintiff with respect to receiving payment for medical services provided. After this Court determines that Defendant owes Plaintiff for said services provided, order Defendant to pay Plaintiff directly.

### RELIEF REQUESTED

WHEREFORE, Plaintiffs IINN, INC., demand judgment in the total amount of $322,650.71, plus interest and overdue payments in the amount of 12% per annum until paid, MCL 500.3142, judgment interest in the amount allowable by law, and attorney fees pursuant to Michigan's No-Fault Act, MCL 500.3148, none of which are a sum certain at this time or could be made a sum certain by computation at this time.

Respectfully Submitted,

ELIA & PONTO, PLLC

By: /s/ Loren D. Blum
LOREN D. BLUM (P38557)
Attorney for Plaintiff
25800 Northwestern Hwy., Ste. 850
Southfield, MI 48075
(248) 595-8579
(248) 595-8729 (fax)

Dated: June 4, 2014

5

22268590

# EXHIBIT 1

### IINN Billing


2226 85 59 0

**Name:** SPRAGUE, LAWRENCE
**Account No:** 29762

| Claim No | Date | Description | Charges | Payments | Adjust | WithHeld | Pt Bal | Ins Bal |
|---|---|---|---|---|---|---|---|---|
| 71837 | 9/5/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67662 | 9/5/2013 | Charges (Pr:EH Fac: PT) | $ 658.00 | | | | | |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 123.28 | $ | $ | $ | $ 534.72 |
| 71836 | 9/4/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71835 | 9/3/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71834 | 9/2/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71833 | 9/1/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71832 | 8/31/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71830 | 8/30/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67661 | 8/29/2013 | Charges (Pr:EH Fac: PT) | $ 1,776.00 | | | | | |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 448.58 | $ | $ | $ | $ 1,327.42 |
| 71827 | 8/29/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67660 | 8/28/2013 | Charges (Pr:EH Fac: PT) | $ 1,587.00 | | | | | |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 221.40 | $ | $ | $ | $ 1,365.60 |
| 71826 | 8/28/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71824 | 8/27/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67659 | 8/27/2013 | Charges (Pr:EH Fac: PT) | $ 1,626.00 | | | | | |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 388.16 | $ | $ | $ | $ 1,237.84 |
| 71823 | 8/26/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67657 | 8/26/2013 | Charges (Pr:EH Fac: PT) | $ 2,111.00 | | | | | |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 503.83 | $ | $ | $ | $ 1,607.17 |
| 71822 | 8/25/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 72021 | 8/24/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71820 | 8/23/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71819 | 8/22/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67656 | 8/22/2013 | Charges (Pr:EH Fac: PT) | $ 1,926.00 | | | | | |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 509.00 | $ | $ | $ | $ 1,417.00 |
| 67833 | 8/21/2013 | Charges (Pr:EH Fac: PT) | $ 1,568.00 | | | | | |
| | 10/31/2013 | STATE FARM AUTO INSURANCE | | $ 584.04 | $ | $ | $ | $ 983.96 |
| 71817 | 8/21/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71815 | 8/20/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/30/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71809 | 8/19/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67813 | 8/19/2013 | Charges (Pr:EH Fac: PT) | $ 938.00 | | | | | |
| | 10/31/2013 | STATE FARM AUTO INSURANCE | | $ 213.34 | $ | $ | $ | $ 724.66 |
| 71807 | 8/18/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71806 | 8/17/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71803 | 8/16/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 71800 | 8/15/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67655 | 8/15/2013 | Charges (Pr:EH Fac: PT) | $ 963.00 | | | | | |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 254.50 | $ | $ | $ | $ 708.50 |
| 71799 | 8/14/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | $ | $ 2,913.20 |
| 67654 | 8/14/2013 | Charges (Pr:EH Fac: PT) | $ 2,110.00 | | | | | |
| | 12/9/2013 | STATE AUTO INSURANCE | | $ | $ | $ | | |
| | 10/31/2013 | STATE FARM AUTO INSURANCE | | $ 520.51 | $ | $ | $ | $ 1,580.49 |
| 70937 | 8/13/2013 | Charges (Pr:Pr Fac: IHC) | $ 447.00 | | | | | |
| | 12/12/2013 | STATE FARM AUTO INSURANCE | | $ 402.30 | $ 44.70 | $ | $ | $ |

222685590

| ID | Date | Description | Charge | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|---|---|---|---|
| 71796 | 8/13/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| 67652 | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| | 8/13/2013 | Charges (Pr:EH Fac: PT) | $ 2,001.00 | | | | | $ - | $ 1,424.50 |
| 67651 | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 576.50 | $ - | | $ - | | |
| | 8/12/2013 | Charges (Pr:EH Fac: PT) | $ 1,046.00 | | | | | $ - | $ 1,360.12 |
| 71795 | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 505.88 | $ - | | $ - | | |
| | 8/12/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| 71794 | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| | 8/11/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| 71752 | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| | 8/10/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| 70791 | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| | 8/9/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| 72482 | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| | 8/8/2013 | Charges (Pr:PV Fac: IHC) | $ 447.00 | | | | | $ - | $ - |
| | 12/30/2013 | STATE FARM AUTO INSURANCE | | $ 402.30 | $ 44.70 | $ - | | | |
| 67650 | 8/8/2013 | Charges (Pr:EH Fac: PT) | $ 2,003.00 | | | | | $ - | $ 1,424.50 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 576.50 | $ - | | $ - | | |
| 71789 | 8/8/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 71788 | 8/7/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 67649 | 8/7/2013 | Charges (Pr:EH Fac: PT) | $ 1,887.00 | | | | | $ - | $ 1,368.65 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 528.35 | $ - | | $ - | | |
| 72020 | 8/6/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 70836 | 8/6/2013 | Charges (Pr:EH Fac: IHC) | $ 149.00 | | | | | $ - | $ - |
| | 12/12/2013 | STATE FARM AUTO INSURANCE | | $ 134.10 | $ 14.90 | $ - | | | |
| 67648 | 8/6/2013 | Charges (Pr:EH Fac: PT) | $ 1,626.00 | | | | | $ - | $ 1,297.84 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 388.16 | $ - | | $ - | | |
| 72019 | 8/5/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 67647 | 8/5/2013 | Charges (Pr:EH Fac: PT) | $ 155.00 | | | | | $ - | $ 84.38 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 70.62 | $ - | | $ - | | |
| 72018 | 8/4/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 72017 | 8/3/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 70835 | 8/2/2013 | Charges (Pr:PV Fac: IHC) | $ 596.00 | | | | | $ - | $ - |
| | 12/12/2013 | STATE FARM AUTO INSURANCE | | $ 536.40 | $ 59.60 | $ - | | | |
| 72016 | 8/2/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 68732 | 8/2/2013 | Charges (Pr:EH Fac: PT) | $ 596.00 | | | | | $ - | $ 596.00 |
| 72015 | 8/1/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 67646 | 8/1/2013 | Charges (Pr:EH Fac: PT) | $ 2,100.00 | | | | | $ - | $ 1,599.89 |
| | 12/9/2013 | STATE AUTO INSURANCE | | $ - | $ - | $ - | | | |
| | 10/31/2013 | STATE FARM AUTO INSURANCE | | $ 500.11 | $ - | $ - | | | |
| 72014 | 7/31/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 72013 | 7/30/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 67644 | 7/30/2013 | Charges (Pr:EH Fac: PT) | $ 2,380.00 | | | | | $ - | $ 1,713.15 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 666.85 | $ - | | $ - | | |
| 72011 | 7/29/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,757.20 | | | | | $ - | $ 3,062.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 70854 | 7/29/2013 | Charges (Pr:PV Fac: IHC) | $ 596.00 | | | | | $ - | $ - |
| | 12/18/2013 | STATE FARM AUTO INSURANCE | | $ 100.00 | $ - | | $ - | | |
| | 12/12/2013 | STATE FARM AUTO INSURANCE | | $ 536.40 | $ - | | $ - | | |
| | 12/18/2013 | OVRPMT Insurance Overpayment | | | | $ (40.40) | | | |
| 67643 | 7/29/2013 | Charges (Pr:EH Fac: PT) | $ 1,009.00 | | | | | $ - | $ 627.89 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 381.11 | $ - | | $ - | | |
| 72010 | 7/28/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 72009 | 7/27/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 72008 | 7/26/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 72007 | 7/25/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 67641 | 7/25/2013 | Charges (Pr:EH Fac: PT) | $ 2,196.00 | | | | | $ - | $ 1,533.45 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 662.55 | $ - | | $ - | | |
| 72006 | 7/24/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |
| | 12/24/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ - | | $ - | | |
| 68928 | 7/24/2013 | Charges (Pr:EH Fac: PT) | $ 1,364.00 | | | | | $ - | $ 816.02 |
| | 12/2/2013 | STATE FARM AUTO INSURANCE | | $ 547.98 | $ - | | $ - | | |
| 70833 | 7/24/2013 | Charges (Pr:PV Fac: IHC) | $ 596.00 | | | | | $ - | $ - |
| | 12/18/2013 | STATE FARM AUTO INSURANCE | | $ 100.00 | $ - | | $ - | | |
| | 12/12/2013 | STATE FARM AUTO INSURANCE | | $ 536.40 | $ - | | $ - | | |
| | 12/18/2013 | OVRPMT Insurance Overpayment | | | | $ (40.40) | | | |
| 72005 | 7/23/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 | | | | | $ - | $ 2,913.20 |

2226S590

| ID | Date | Description | Amount | Amount2 | Amount3 | Amount4 | Amount5 |
|---|---|---|---|---|---|---|---|
|  | 12/26/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 70832 | 7/22/2013 | Charges (Pr:PV Fac: IHC) | $ 596.00 |  |  | $ - | $ - |
|  | 12/18/2013 | STATE FARM AUTO INSURANCE |  | $ 100.00 | $ - | $ - |  |
|  | 12/12/2013 | STATE FARM AUTO INSURANCE |  | $ 536.40 | $ - | $ - |  |
|  | 12/18/2013 | OVRPMT-insurance Overpayment |  |  | $ (40.40) |  |  |
| 72004 | 7/22/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 |  |  | $ - | $ 2,913.20 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 67640 | 7/22/2013 | Charges (Pr:EH Fac: PT) | $ 1,672.00 |  |  | $ - | $ 1,157.23 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 514.77 | $ - | $ - |  |
| 72002 | 7/21/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 |  |  | $ - | $ 2,913.20 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 72000 | 7/20/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 |  |  | $ - | $ 2,913.20 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 71998 | 7/19/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 |  |  | $ - | $ 2,913.20 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 67639 | 7/18/2013 | Charges (Pr:EH Fac: PT) | $ 1,447.00 |  |  | $ - | $ 1,060.15 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 386.85 | $ - | $ - |  |
| 71995 | 7/18/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 |  |  | $ - | $ 2,913.20 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 71993 | 7/17/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,608.20 |  |  | $ - | $ 2,913.20 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 63505 | 7/17/2013 | Charges (Pr:JAS Fac: IHC) | $ 1,070.00 |  |  | $ - | $ 778.60 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 291.40 | $ - | $ - |  |
| 63850 | 7/17/2013 | Charges (Pr:RA Fac: IHC) | $ 1,070.00 |  |  | $ - | $ - |
|  | 9/9/2013 | STATE FARM AUTO INSURANCE |  | $ - | $ - | $ - |  |
|  | 9/9/2013 | RE-BILLED IN ERROR |  |  | $ 1,070.00 |  |  |
| 67638 | 7/17/2013 | Charges (Pr:EH Fac: PT) | $ 1,931.00 |  |  | $ - | $ 1,411.80 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 519.20 | $ - | $ - |  |
| 62486 | 7/17/2013 | Charges (Pr:SS Fac: PAIN) | $ 4,200.00 |  |  | $ - | $ 3,583.62 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 616.38 | $ - | $ - |  |
| 71569 | 7/16/2013 | Charges (Pr:JAS Fac: IHC) | $ 4,055.20 |  |  | $ - | $ 3,360.20 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 62314 | 7/16/2013 | Charges (Pr:WW Fac: MRI) | $ 3,900.00 |  |  | $ - | $ - |
|  | 12/4/2013 | STATE FARM AUTO INSURANCE |  | $ 2,047.91 | $ 390.00 | $ - |  |
|  | 8/13/2013 | STATE FARM AUTO INSURANCE |  | $ 1,467.09 | $ - | $ - |  |
| 72522 | 7/16/2013 | Charges (Pr:RA Fac: IHC) | $ 310.00 |  |  | $ - | $ 215.53 |
|  | 12/30/2013 | STATE FARM AUTO INSURANCE |  | $ 94.47 | $ - | $ - |  |
| 70831 | 7/15/2013 | Charges (Pr:PV Fac: IHC) | $ 447.00 |  |  | $ - | $ - |
|  | 12/18/2013 | STATE FARM AUTO INSURANCE |  | $ 100.00 | $ - | $ - |  |
|  | 12/12/2013 | STATE FARM AUTO INSURANCE |  | $ 402.30 | $ - | $ - |  |
|  | 12/18/2013 | OVRPMT-insurance Overpayment |  |  | $ (55.30) |  |  |
| 70830 | 7/15/2013 | Charges (Pr:PV Fac: IHC) | $ 596.00 |  |  | $ - | $ - |
|  | 12/18/2013 | STATE FARM AUTO INSURANCE |  | $ 100.00 | $ - | $ - |  |
|  | 12/12/2013 | STATE FARM AUTO INSURANCE |  | $ 536.40 | $ - | $ - |  |
|  | 12/18/2013 | OVRPMT-insurance Overpayment |  |  | $ (40.40) |  |  |
| 67636 | 7/15/2013 | Charges (Pr:EH Fac: PT) | $ 1,442.00 |  |  | $ - | $ 1,065.35 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 376.65 | $ - | $ - |  |
| 70776 | 7/15/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 70775 | 7/14/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 70774 | 7/13/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 70773 | 7/12/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 70772 | 7/11/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 67635 | 7/11/2013 | Charges (Pr:EH Fac: PT) | $ 1,502.00 |  |  | $ - | $ 1,069.12 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 432.88 | $ - | $ - |  |
| 17634 | 7/10/2013 | Charges (Pr:EH Fac: PT) | $ 1,173.00 |  |  | $ - | $ 925.60 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 248.40 | $ - | $ - |  |
| 70771 | 7/10/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 12/24/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 67840 | 7/9/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 67633 | 7/9/2013 | Charges (Pr:EH Fac: PT) | $ 987.00 |  |  | $ - | $ 801.81 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 185.19 | $ - | $ - |  |
| 62848 | 7/8/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,097.05 |  |  | $ - | $ 2,402.05 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 67631 | 7/8/2013 | Charges (Pr:EH Fac: PT) | $ 1,621.00 |  |  | $ - | $ 1,243.04 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 377.96 | $ - | $ - |  |
| 62847 | 7/7/2013 | Charges (Pr:JAS Fac: IHC) | $ 4,873.38 |  |  | $ - | $ 3,549.51 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 1,323.87 | $ - | $ - |  |
| 62841 | 7/6/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 67630 | 7/5/2013 | Charges (Pr:EH Fac: PT) | $ 968.00 |  |  | $ - | $ 703.30 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 264.70 | $ - | $ - |  |
| 62845 | 7/5/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |
| 62844 | 7/4/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 |  |  | $ - | $ 2,988.05 |
|  | 10/25/2013 | STATE FARM AUTO INSURANCE |  | $ 695.00 | $ - | $ - |  |

222685590

| Ref | Date | Description | Charges | Col4 | Col5 | Col6 | Col7 | Balance |
|---|---|---|---|---|---|---|---|---|
| 62843 | 7/3/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67629 | 7/3/2013 | Charges (Pr:EH Fac: PT) | $ 1,316.00 | | | | $ | $ 1,065.08 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 246.92 | $ | $ | | |
| 67831 | 7/2/2013 | Charges (Pr:EH Fac: PT) | $ 808.00 | | | | $ | $ 624.12 |
| | 10/31/2013 | STATE FARM AUTO INSURANCE | | $ 183.88 | $ | $ | | |
| 62842 | 7/2/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62841 | 7/1/2013 | Charges (Pr:JAS Fac: IHC) | $ 4,603.02 | | | | $ | $ 3,079.95 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 1,522.07 | $ | $ | | |
| 67628 | 7/1/2013 | Charges (Pr:EH Fac: PT) | $ 1,442.00 | | | | $ | $ 1,065.35 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 376.65 | $ | $ | | |
| 62839 | 6/30/2013 | Charges (Pr:JAS Fac: IHC) | $ 5,297.61 | | | | $ | $ 3,592.09 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 1,705.52 | $ | $ | | |
| 62838 | 6/29/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62837 | 6/28/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67627 | 6/27/2013 | Charges (Pr:EH Fac: PT) | $ 1,137.00 | | | | $ | $ 891.39 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 245.61 | $ | $ | | |
| 62836 | 6/27/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67676 | 6/26/2013 | Charges (Pr:EH Fac: PT) | $ 1,142.00 | | | | $ | $ 886.19 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 255.81 | $ | $ | | |
| 62835 | 6/26/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62834 | 6/25/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67625 | 6/25/2013 | Charges (Pr:EH Fac: PT) | $ 963.00 | | | | $ | $ 708.50 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 254.50 | $ | $ | | |
| 67624 | 6/24/2013 | Charges (Pr:EH Fac: PT) | $ 813.00 | | | | $ | $ 618.92 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 194.08 | $ | $ | | |
| 62833 | 6/24/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62832 | 6/23/2013 | Charges (Pr:JAS Fac: IHC) | $ 5,440.71 | | | | $ | $ 3,556.93 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 1,883.78 | $ | $ | | |
| 62831 | 6/22/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62830 | 6/21/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62829 | 6/20/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67623 | 6/20/2013 | Charges (Pr:EH Fac: PT) | $ 963.00 | | | | $ | $ 708.50 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 254.50 | $ | $ | | |
| 67622 | 6/19/2013 | Charges (Pr:EH Fac: PT) | $ 792.00 | | | | $ | $ 612.36 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 179.64 | $ | $ | | |
| 62828 | 6/19/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62827 | 6/18/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62826 | 6/17/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67621 | 6/17/2013 | Charges (Pr:EH Fac: PT) | $ 947.00 | | | | $ | $ 696.74 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 250.26 | $ | $ | | |
| 62825 | 6/16/2013 | Charges (Pr:JAS Fac: IHC) | $ 5,286.78 | | | | $ | $ 4,551.78 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62824 | 6/15/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62823 | 6/14/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 62822 | 6/13/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,683.05 | | | | $ | $ 2,988.05 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67620 | 6/13/2013 | Charges (Pr:EH Fac: PT) | $ 754.00 | | | | $ | $ 570.41 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 273.59 | $ | $ | | |
| 62821 | 6/12/2013 | Charges (Pr:JAS Fac: IHC) | $ 3,672.22 | | | | $ | $ 2,977.22 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 695.00 | $ | $ | | |
| 67619 | 6/11/2013 | Charges (Pr:EH Fac: PT) | $ 479.00 | | | | $ | $ 356.85 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 122.15 | $ | $ | | |
| 62386 | 6/11/2013 | Charges (Pr:JAS Fac: IHC) | $ 4,676.99 | | | | $ | $ 3,669.63 |
| | 4/11/2014 | STATE FARM AUTO INSURANCE | | $ 736.70 | $ | $ | | |
| | 4/7/2014 | STATE FARM AUTO INSURANCE | | $ | $ | $ | | |
| | 3/27/2014 | WO/RB WRONG PROCEDURE CODE USED WRITE OFF & REBILL | | | $ 585.00 | | | |
| | 4/11/2014 | OVRPMT Insurance Overpayment | | | $ (214.98) | | | |
| 62385 | 6/10/2013 | Charges (Pr:JAS Fac: IHC) | $ 4,657.22 | | | | $ | $ 3,672.22 |
| | 4/11/2014 | STATE FARM AUTO INSURANCE | | $ 736.70 | $ | $ | | |
| | 4/7/2014 | STATE FARM AUTO INSURANCE | | $ | $ | $ | | |
| | 4/11/2014 | OVRPMT Insurance Overpayment | | | $ (736.70) | | | |
| | 3/27/2014 | WO/RB WRONG PROCEDURE CODE USED WRITE OFF & REBILL | | | $ 985.00 | | | |
| 67618 | 6/10/2013 | Charges (Pr:EH Fac: PT) | $ 355.00 | | | | $ | $ 273.96 |
| | 10/25/2013 | STATE FARM AUTO INSURANCE | | $ 133.04 | $ | $ | | |
| 62820 | 6/9/2013 | Charges (Pr:JAS Fac: IHC) | $ 4,591.24 | | | | $ | $ 3,689.85 |

222688590

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 62387 | 10/25/2013 | STATE FARM AUTO INSURANCE | | | $ 2,902.39 | $ - | | $ - | $ 2,955.25 |
| | 6/8/2013 | Charges (Pr:JAS Fac: IHC) | | $ 4,676.95 | | | | | |
| | 4/11/2014 | STATE FARM AUTO INSURANCE | | | $ 736.70 | $ - | $ - | | |
| | 4/7/2014 | STATE FARM AUTO INSURANCE | | | $ - | $ - | $ - | | |
| 62384 | 3/27/2014 | WO/MB WRONG PROCEDURE CODE USED WRITE OFF & REBILL | | | | $ 985.00 | | | |
| | 6/7/2013 | Charges (Pr:JAS Fac: IHC) | | $ 4,593.20 | | | | $ - | $ 3,898.20 |
| | 4/25/2014 | STATE FARM AUTO INSURANCE | | | $ 695.00 | $ - | $ - | | |
| | | Total | | $419,265.04 | $93,707.41 | $2,830.92 | $0.00 | $0.00 | $322,850.71 |

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS AND RETURN OF SERVICE 2226855590 | CASE NO. 14-007332-NF |
|---|---|---|

2 Woodward Ave., Detroit MI 48226      Court Telephone No. 313-224-2365

THIS CASE IS ASSIGNED TO JUDGE    Robert L. Ziolkowski    Bar Number: 22745

| Plaintiff | Defendant |
|---|---|
| IINN, Inc. | State Farm Mutual Automobile Insurance Company |
| **Plaintiff's Attorney** | **Defendant's Attorney** |
| Loren D. Blum, P-38557<br>25800 Northwestern Hwy Ste 850<br>Southfield, MI 48075-8400 | SFCC RECEIVED<br>JUN 18 2014 |

| CASE FILING FEE | JURY FEE |
|---|---|
| [X] Case Filing Fee - $150.00 | [ ] Jury Fee - $85.00 |

| ISSUED | THIS SUMMONS EXPIRES | DEPUTY COUNTY CLERK |
|---|---|---|
| 6/6/2014 | 9/5/2014 | File & Serve Tyler |

*This summons is invalid unless served on or before its expiration date.    CATHY M. GARRETT - WAYNE COUNTY CLERK

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or take other lawful action (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

X There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

___ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

___ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

___ An action within the jurisdiction of the family division of circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket No. | Judge | Bar No. |
|---|---|---|
|  |  |  |

The action [ ] remains [ ] is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

6-10-14            _____
Date                          Signature of attorney/plaintiff

COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.
If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01-3CC (09/2008) SUMMONS AND RETURN OF SERVICE
     MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)